No. 862. KNOLL ET AL. *v.* KNOLL ET AL. C. A. 10th Cir. Certiorari denied.

No. 863. JONES *v.* FARONI. Sup. Ct. Ohio. Certiorari denied. *Gordon T. Canning, Jr.,* for petitioner. *Frank V. Opaskar* for respondent.

No. 866. NECCHI SEWING MACHINE SALES CORP. *v.* NECCHI S.P.A. C. A. 2d Cir. Certiorari denied. *Samuel B. Herbst* and *George Trosk* for petitioner. *David A. Botwinik* for respondent.

No. 867. COHEN ET AL. *v.* JOSEPH ET AL., TRUSTEES. C. A. 2d Cir. Certiorari denied. *Leonard Cohen* for petitioners. *Charles Seligson* for respondents.

No. 871. BUTLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Edward Bennett Williams* and *Harold Ungar* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 873. WABASH FIRE & CASUALTY INSURANCE Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank E. Haddad, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 878. DOUGLAS *v.* WIRTZ, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied. *C. Kitchin Josey* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondent.